IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIRGIL PETER RENFRO,

    Petitioner,                        No. CIV S-06-0930 MCE DAD P

    vs.

JEANNE S. WOODFORD, et al.,

    Respondents.                  ORDER

_____/

    Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Petitioner's November 15, 2006 request for appointment of counsel is denied without prejudice; and

/////

/////

/////

1       2. Within thirty days from the service of this order, petitioner shall file his reply
2 to respondents' answer, filed on November 20, 2006.
3 DATED: November 27, 2006.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
renf0930.110