IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIRGIL PETER RENFRO,

    Petitioner,                    No. CIV S-06-0930 MCE DAD P

    vs.

JEANNE S. WOODFORD, et al.,

    Respondents.             <u>ORDER</u>

_____/

        Petitioner has sent a letter to the court inquiring about the status of his case. Court records indicate that respondents filed an answer on November 20, 2006, and that on December 13, 2006, petitioner filed a document styled, "Denial And Exception To The Return And Memorandum Of Points And Authorities In Support Thereof," which the court has construed as petitioner's traverse. The case is now submitted and in due course, the court will issue its findings and recommendations. Petitioner is informed that because of the court's large caseload, a response to inquiries about the status of his case cannot always be provided. As long

/////
/////
/////
/////

1

1  as the petitioner keeps the court informed of any change of address, no further action is
2  necessary.
3  DATED: September 22, 2008.

                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

7  DAD:4
   renf0930.stat